UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TYKWAY JOHNSON f/k/a
TYKWAN WRIGHT and
TAVARIS MCCARTER, for themselves
and on behalf of those similarly situated,

    Plaintiffs,

v.                                                   CASE NO. 2:19-cv-00741-JLB-NPM

JOHNSON'S TREE SERVICE, AND
STUMP GRINDING INC., a Florida
profit corporation, and DAVID JOHNSON,
individually, and DAYNA JOHNSON,
individually,

    Defendants.
_____/

## ORDER

The parties have filed a "Joint Notice of Settlement" (Doc. 52). Pursuant to Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The Clerk is directed to close the case.

ORDERED in Fort Myers, Florida, on October 15, 2020.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**